UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>X CORP., et al.,<br><br>             Defendants. | Case No. 25-cv-02397-VC<br><br>**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 27 |

About a year ago, Twitter filed a lawsuit against Media Matters in the Northern District of Texas. Now, Media Matters has filed a lawsuit against Twitter in this Court. The new lawsuit implicates some of the same issues that are being litigated in Texas.

Twitter and Media Matters have now made dueling requests in these cases. Twitter has asked the Northern District of Texas for an order that would effectively prevent this Court from ruling on a motion pending in this case. At the same time, Media Matters has asked this Court for an order that would effectively prevent the Northern District of Texas from ruling on a motion pending in that case.

This Court declines to take the drastic step of issuing an order that would effectively prevent another federal district court from ruling on a motion pending before it. *See Del Mar Avionics v. Quinton Instruments Co.*, 645 F.2d 832, 836 (9th Cir. 1981). Although Media Matters appears to be correct that the applicable forum selection clause required Twitter to sue in California, it is for the Northern District of Texas to decide how to address that issue as it relates to the case pending before it. This presumably would include addressing whether Media Matters

2

forfeited its right to assert the forum selection clause in the Texas case by waiting so long to file a motion based upon it.

The separate preliminary injunction motion filed by Media Matters in this case—which relates to the relationship between the forum selection clause and the foreign litigation but seeks no relief relating to the Texas litigation—remains on calendar for hearing next month.

**IT IS SO ORDERED.**

Dated: March 17, 2025

_____
VINCE CHHABRIA
United States District Judge