# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, ANGELO CARUSONE, and ERIC HANANOKI | Case No. 3:25-cv-02397-VC |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER ON PLAINTIFFS' CIVIL L.R. 6-3 MOTION TO SHORTEN |
| X CORP., TWITTER INTERNATIONAL UNLIMITED CO., and TWITTER ASIA PACIFIC PTE. LTD. | |
| Defendants. | |

Before the Court is Plaintiffs' Civil L.R. 6-3 Motion to Shorten ("Motion"), which requests that the Court shorten the time for hearing Plaintiffs' Motion for Preliminary Injunction (ECF No. 16). Having considered the Motion and all other supporting papers, and any responses thereto, the Court hereby **ORDERS** that the Motion is **GRANTED**.

The hearing on Plaintiffs' Motion for Preliminary Injunction is hereby set for April 9, 2025, at 2:00 PM in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The briefing schedule on Plaintiffs' Motion for Preliminary Injunction remains unchanged.

**IT IS SO ORDERED**.

Dated: March 19, 2025

By: _____

Hon. Vince Chhabria
United States District Judge

IT IS SO ORDERED
AS MODIFIED