UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, ANGELO CARUSONE, and ERIC HANANOKI,<br><br>*Plaintiffs*,<br><br>v.<br><br>X CORP., TWITTER INTERNATIONAL UNLIMITED CO., and TWITTER ASIA PACIFIC PTE. LTD.,<br><br>*Defendants*. | Case No.: 3:25-cv-02397-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY THE PRELIMINARY INJUNCTIVE RELIEF** |

Before the Court is Defendants' Motion to Stay the Preliminary Injunctive Relief ("Motion") granted to Plaintiffs by the Court's April 10, 2025, Order Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction, ECF 56. Having considered the Motion and all other supporting papers, and any responses thereto, the Court hereby **ORDERS** that the Motion is **GRANTED**. The effect of the Court's April 10, 2025 Order, ECF 56, is hereby **STAYED** pending resolution of Defendants' interlocutory appeal of that Order.

IT IS SO ORDERED.

Dated: _____    By: _____
                                                   Hon. Vince Chhabria
                                                   United States District Judge