JUSTIN A. NELSON (TX SBN 24034766)
jnelson@susmangodfrey.com
MATTHEW BEHNCKE (TX SBN 24069355)
mbehncke@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

KATHERINE M. PEASLEE (CA SBN 310298)
kpeaslee@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

AMANDA BONN (CA SBN 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff Media Matters for America*
*(Additional parties and counsel listed with signature)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, ANGELO CARUSONE, and ERIC HANANOKI<br><br>Plaintiff,<br><br>vs.<br><br>X CORP., TWITTER INTERNATIONAL UNLIMITED CO., and TWITTER ASIA PACIFIC PTE. LTD.<br><br>Defendant. | Case No. 3:25-cv-02397-VC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2),[1] Plaintiffs hereby notify the Court of a May 30, 2025 decision issued by the Court of Appeals for the District of Columbia, *Media Matters for America v. Paxton*, Case No. 24-7059 (D.C. Circuit May 30, 2025) (attached as Exhibit A). This opinion is relevant to this Court's consideration of Defendants' Motion to Stay (ECF 65) and Anti-SLAPP Motion to Strike (ECF 68), which are set for hearing on June 23, 2025.

The D.C. Circuit's findings, including those at pages 32–33 of Exhibit A, are relevant to Defendants' claim that Plaintiffs have not satisfied the *Unterweser* factors for an anti-suit injunction because, *inter alia*, Plaintiffs have not shown that Defendants' lawsuits are "vexatious or oppressive." ECF 65 at 15. The opinion's findings are also relevant to X's argument that the facts of this case do not support attorneys' fees as damages under California law. ECF 68 at 12.

Dated: June 2, 2025

By:  /s/ Justin Nelson

JUSTIN A. NELSON (TX SBN 24034766)
jnelson@susmangodfrey.com
MATTHEW BEHNCKE (TX SBN 24069355)
mbehncke@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

KATHERINE M. PEASLEE (CA SBN 310298)
kpeaslee@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

---

[1] Pursuant to Civil Local Rule 7-3(d)(2), "Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision. Such Statement shall contain a citation to and provide a copy of the new opinion without argument."

1
PLAINTIFFS' STATEMENT OF RECENT DECISION,
Case No.: 3:25-cv-02397-VC

AMANDA BONN (CA SBN 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
*Facsimile: (310) 789-3150*

AMER S. AHMED (NY SBM 4382040)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*pro hac vice forthcoming*

*Attorneys for Plaintiffs Media Matters for America, Angelo Carusone, and Eric Hananoki*

2
PLAINTIFFS' STATEMENT OF RECENT DECISION,
Case No.: 3:25-cv-02397-VC

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on all current counsel of record via the Court's CM/ECF system on June 2, 2025.

*/s/ Justin Nelson*
Justin A. Nelson