JUSTIN A. NELSON* (TX 24034766)
jnelson@susmangodfrey.com
MATTHEW BEHNCKE* (TX 24069355)
mbehncke@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiff Media Matters for America,*
*(Additional parties and counsel listed with signature)*

**STONE HILTON PLLC**
Judd E. Stone II *
Christopher D. Hilton *
Elizabeth Brown Fore (SBN 200471)
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com
elizabeth@stonehilton.com
* Admitted *pro hac vice*

*Attorneys for Defendant X Corp.*
*(Additional parties and counsel listed with signature)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, ANGELO CARUSONE, and ERIC HANANOKI <br><br> Plaintiffs, <br><br> vs. <br><br> X CORP., TWITTER INTERNATIONAL UNLIMITED CO., and TWITTER ASIA PACIFIC PTE. LTD. <br><br> Defendants. | Case No. 3:25-cv-02397-VC <br><br> **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate as follows: Plaintiffs Media Matters for America, Eric Hananoki, and Angelo Carusone (together, "Plaintiffs") hereby dismiss their claims in the above-captioned action against Defendants X Corp., Twitter International Unlimited Co. (now named X Internet Unlimited Company), and Twitter Asia Pacific Pte. Ltd. (now named X Asia Pacific Internet Pte Ltd.) (together, "Defendants") with prejudice. Each side will bear their own costs. This dismissal is without prejudice to Plaintiffs seeking relief for any future lawsuits filed by X Corp. and/or related entities against Media Matters for America and/or its employees.

By: */s Justin A. Nelson*
JUSTIN A. NELSON* (TX 24034766)
jnelson@susmangodfrey.com
MATTHEW BEHNCKE* (TX 24069355)
mbehncke@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

KATHERINE M. PEASLEE (CA 310298)
kpeaslee@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

AMANDA BONN (CA 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
* Admitted *pro hac vice*

*Attorneys for Plaintiffs Media Matters for America, Angelo Carusone, and Eric Hananoki*

By: */s/ Christopher D. Hilton*
Judd E. Stone II *
Christopher D. Hilton *
Ari Cuenin *
Michael R. Abrams *
Elizabeth Brown Fore
  SBN 200471
Alexander M. Dvorscak *
Cody C. Coll *
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
michael@stonehilton.com
elizabeth@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com
* Admitted *pro hac vice*

*/s/ Bradley A. Benbrook*
Bradley A. Benbrook
  SBN 177786
Stephen M. Duvernay
  SBN 250957
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825

1

JOINT STIPULATON OF DISMISSAL,
Case No.: 3:25-cv-02397-VC

Telephone: (916) 447-4900
brad@benbrooklawgroup.com

*Attorneys for Defendants X Corp., Twitter International Unlimited Co., and Twitter Asia Pacific Pte. Ltd.*

## FILER'S ATTESTATION

I attest that each party whose signature appears on this document concurs in its contents.

*/s/ Justin A. Nelson*
Justin A. Nelson

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on all current counsel of record via the Court's CM/ECF system on March 12, 2026.

*/s Justin A. Nelson*
Justin A. Nelson

2